# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT A. PADILLA, | ) NO. EDCV 07-00353 DDP (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| FRANCISCO JACQUEZ, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 6-25-10

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE